Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Heather E. Paradis, Esq. (SBN 276650)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  mdean@daleyheft.com
         hparadis@daleyheft.com

Attorneys for Defendants
City of Murrieta and Jeremy Durant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANT ROGERS, an individual; and SHANNON ROGERS, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRENDON ATTIAS, aka BRENDON ARMAND ATTIAS, aka BRANDON ATTIAS, an individual; MICHAEL POLLASTRO, an individual; CITY OF MURRIETA, a municipal corporation; JEREMY DURANT, an individual; and DOES 1 to 50,<br><br>　　　　Defendants. | Case No.: 5:19-CV-01625-ODW (SP)<br><br>**JOINT MOTION TO NOTIFY THE COURT OF SETTLEMENT AND REQUEST FOR PARTIES TO BE EXCUSED FROM FILING THE MEDIATOR SELECTION FORM; PROPOSED ORDER**<br><br>Judge:  Otis D. Wright, II<br>Magistrate:   Sheri Pym<br><br>Complaint Filed:   July 10, 2019<br>Trial Date:   None set |

　　　　Plaintiffs Grant Rogers and Shannon Rogers (collectively referred to as "Plaintiffs") by and through their attorneys of record, Robert M. Yaspan, Joseph G. McCarty and Debra R. Brand, and the City of Murrieta and Jeremy Durant (collectively referred to as "Murrieta Defendants") by and through their attorneys of record, Mitchell D. Dean and Heather E. Paradis, hereby bring this joint motion to notify the Court that Plaintiffs and the Murrieta Defendants have reached an agreement to settle this matter.

　　　　Plaintiffs and the Murrieta Defendants (collectively referred to as the "Parties") are in the process of finalizing the settlement terms.  The Parties

anticipate finalizing the settlement within the next few weeks and will then file a Joint Motion to Dismiss this case as to the Plaintiffs and Murrieta Defendants only. Since jurisdiction only exists as a result of the claims against the Murrieta Defendants, after the Murrieta Defendants are dismissed, the remaining portion of the case would then be remanded back to state court so that Plaintiffs can pursue their case against the remaining defendants who have not yet appeared in this matter.

In light of the pending settlement between the Parties, the Parties have not filed a Stipulation Regarding Selection of Mediator form and hereby request to be excused from filing this document.

Dated: January 9 , 2020              Law Offices of Robert M. Yaspan

                                     By:  */s/ Debra R. Brand*
                                           Robert M. Yaspan
                                           Joseph G. McCarty
                                           Debra R. Brand
                                           Attorneys for Plaintiffs
                                           Grant and Shannon Rogers
                                     Email:  ryaspan@yaspanlaw.com
                                             jmccarty@yaspanlaw.com
                                             dbrand@yaspanlaw.com


Dated: January 9, 2020               Daley & Heft, LLP


                                     By: */s/ Heather E. Paradis*
                                           Mitchell D. Dean
                                           Heather E. Paradis
                                           Attorneys for Defendants
                                           City of El Cajon and Richard
                                           Gonsalves

                                     Email:  mdean@daleyheft.com
                                             hparadis@daleyheft.com

2

Case No.:  5:19-CV-01625-ODW (SP)

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Counsel for all Parties and that I have obtained Parties' counsel's authorization to affix their electronic signatures to this document.

Dated: January 9, 2020              */s/ Heather E. Paradis*
                                    Heather E. Paradis