```
Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Heather E. Paradis, Esq. (SBN 276650)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  mdean@daleyheft.com
         hparadis@daleyheft.com

Attorneys for Defendants
City of Murrieta and Jeremy Durant
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT ROGERS, an individual; and SHANNON ROGERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRENDON ATTIAS, aka BRENDON ARMAND ATTIAS, aka BRANDON ATTIAS, an individual; MICHAEL POLLASTRO, an individual; CITY OF MURRIETA, a municipal corporation; JEREMY DURANT, an individual; and DOES 1 to 50,<br><br>Defendants. | Case No.:  5:19-CV-01625-ODW (SP)<br><br>**JOINT MOTION FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT; PROPOSED ORDER**<br><br>Judge:  Otis D. Wright, II<br>Magistrate:     Sheri Pym<br><br>Complaint Filed:   July 10, 2019<br>Trial Date:        None set |

Plaintiffs Grant Rogers and Shannon Rogers ("Plaintiffs") and Defendants the City of Murrieta and Jeremy Durant ("Murrieta Defendants") (Plaintiffs and the Murrieta Defendants are collectively referred to as "the Parties") reached a settlement in early January 2020.  Thereafter, the Parties through their respective attorneys of record negotiated the terms of the settlement agreement and exchanged and modified the settlement agreement until finalized in mid-January.  Thereafter, counsel for Plaintiffs sent the settlement agreement to their clients for review and signature.  The executed agreement was received by counsel for the Murrieta Defendants on January 28, 2020.  Thereafter, the settlement agreement

with payment instructions was sent to the City. The City's next check run will occur during the week of February 10, 2020. This settlement check will be issued during that check run. Once the settlement check is received by Plaintiffs' counsel, the Parties will file a joint motion to dismiss the case between the Plaintiffs and the Murrieta Defendants only. The Parties anticipate that the check will be received by Plaintiffs' counsel and the motion to dismiss the Murrieta Defendants will be filed by the end of the month. Based on the foregoing, the Parties respectfully request that the court provide the Parties until February 28, 2020 to finalize the settlement.

Dated: February 7, 2020

Law Offices of Robert M. Yaspan

By: */s/ Debra R. Brand*
　　Robert M. Yaspan
　　Joseph G. McCarty
　　Debra R. Brand
　　Attorneys for Plaintiffs
　　Grant and Shannon Rogers
Email:　ryaspan@yaspanlaw.com
　　　　jmccarty@yaspanlaw.com
　　　　dbrand@yaspanlaw.com

Dated: February 7, 2020

Daley & Heft, LLP

By: */s/ Heather E. Paradis*
　　Mitchell D. Dean
　　Heather E. Paradis
　　Attorneys for Defendants
　　City of Murrieta and Jeremy Durant
Email:　mdean@daleyheft.com
　　　　hparadis@daleyheft.com

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Counsel for all Parties and that I have obtained Parties' counsel's authorization to affix their electronic signatures to this document.

Dated: February 7, 2020        */s/ Heather E. Paradis*
                               Heather E. Paradis