**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANT ROGERS, an individual; and SHANNON ROGERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRENDON ATTIAS, aka BRENDON ARMAND ATTIAS, aka BRANDON ATTIAS, an individual; MICHAEL POLLASTRO, an individual; CITY OF MURRIETA, a municipal corporation; JEREMY DURANT, an individual; and DOES 1 to 50,<br><br>Defendants. | Case No.: 5:19-CV-01625-ODW (SPx)<br><br>**ORDER RE JOINT MOTION FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT [27] [29]** |

Having read and considered Plaintiffs and the Murrieta Defendants' motion for additional time to finalize settlement and good cause appearing therein, the court hereby grants the request and provides the parties until February 28, 2020 to finalize their settlement.

Dated: February 11, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1

Case No.: 5:19-CV-01625-ODW (SP)